**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **CHAHTA OKLA NANIH FOKA HOMMA TRUST, and TOLUWANIMI OLANREWAJU, *ex rel.* TYRUS ALPHONSE WILLIAMS,**<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, and DOES,**<br><br>*Defendants*. | **CIVIL ACTION NO. 4:26-cv-01162-TES** |

**ORDER**

On September 4, 2026, the Clerk of Court received and docketed a Complaint [Doc. 1] for the above-captioned case, Case Number 4:26-cv-01162-TES. However, the Complaint was not accompanied by the Court's filing fee or an Application to Proceed in District Court Without Prepaying Fees or Costs.[1]

For this action to proceed, the Court must receive either the required $405 filing fee or a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") bearing this civil action number by **October 19, 2026**.

[1] *See* https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

The Court **DIRECTS t**he Clerk of Court to mail a copy of the Application to the address shown on the docket.

Failure to fully and timely comply with this Order may result in the immediate dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 2nd day of October, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**